CUP CRAFT PAPER CORPORATION, Plaintiff, *v.* FEDERAL PAPER BOARD CO., INC., et al., Defendants.

NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of CUP CRAFT PAPER CORPORATION, Appellant; ISIDOR E. SCHLESINGER et al., Copartners under the Firm Name of SCHLESINGER & KRINSKY, Respondents.

Submitted March 16, 1942; decided April 16, 1942.

*Ludwig Teller* for motion.
*Henry Braverman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.